RICHARD T. THOMPSON, Respondent, *v.* LAKEWOOD CITY DEVELOPMENT COMPANY, Appellant.

*Thompson v. Lakewood City Development Co.,* 184 App. Div. 952, appeal dismissed.

(Submitted November 11, 1918; decided November 19, 1918.),

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 7, 1918, which affirmed

an order of Special Term sustaining a demurrer to the answer.

The motion was made upon the ground that the appeal did not lie as a matter of right and that permission to appeal had not been obtained.

*John L. Farrell* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.